Per notification from Anson County received on May 26, 20256  State charges

against this subject have been DISMISSED.  This WHCAP has been satisfied.


Terry J. Burgin, USM

By: Tonya Patterson, Data Analyst


FILED
**Charlotte**
**05/26/2026**
U.S. District Court
Western District of N.C.

RECEIVED
UNITED STATES MARSHAL

4:05 pm, Aug 21 2024

WESTERN NORTH CAROLINA
CHARLOTTE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
COURT NO.: 3:24-CR-162-FDW-SCR

UNITED STATES OF AMERICA )
)
v. )
)
JAMES PATRICK MCGRAW )
_____ )

**WRIT OF HABEAS CORPUS
AD PROSEQUENDUM**

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO:   The Director, Bureau of Prisons, Washington, D.C.
TO:   U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO:   Chief Jailer, Anson County Jail, 119 N Washington St, Wadesboro, NC 28170

**IT IS ORDERED** that you have the body of James Patrick McGraw, White Male, DOB: 4/19/1966, detained in the Anson County Jail, under safe and secure conduct, brought before the Honorable ____David Keesler____, United States Magistrate Judge, Western District of North Carolina, at the courtroom in the city of Charlotte, North Carolina, FORTHWITH, on or before _9/11/2024_ at 11:00 a.m./p.m., to make an initial appearance before the Court on charges now pending in said Court against Defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Anson County Jail, under safe and secure conduct, after the disposition of the above-captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Anson County Jail, and the United States Attorney.

Signed: August 21, 2024

**SO ORDERED**.

Susan C. Rodriguez
United States Magistrate Judge